| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 184.4.49.199 | 2016-06-19 00:29:36 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Lillington | Harnett |
| 2 | 184.3.29.11 | 2016-06-19 03:28:08 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Holly Springs | Wake |
| 3 | 71.51.231.202 | 2016-06-19 07:03:16 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Snow Hill | Greene |
| 4 | 76.6.113.141 | 2016-06-19 09:53:42 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Benson | Johnston |
| 5 | 67.238.145.146 | 2016-06-19 16:06:08 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Clayton | Johnston |
| 6 | 67.238.205.153 | 2016-06-19 17:47:21 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Wake Forest | Wake |
| 7 | 184.3.113.218 | 2016-06-19 23:33:32 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Louisburg | Franklin |
| 8 | 76.3.192.107 | 2016-06-22 00:19:01 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Lillington | Harnett |
| 9 | 76.3.221.184 | 2016-06-22 00:27:28 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Clayton | Johnston |
| 10 | 69.34.150.238 | 2016-06-22 03:05:40 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | SHA1: 6B30D9F4FB05238053EA9201DDC079FF27923D59 | CenturyLink | North Carolina | Louisburg | Franklin |

# Exhibit B